ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FILED UNDER SEAL
PROTECTED MATERIAL TO BE DISCLOSED ONLY IN ACCORDANCE WITH COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

| | |
|---|---|
| ERINYS IRAQ LTD.,<br>Baghdad Int'l Airport, Free Trade Zone<br>Baghdad, Iraq<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 07-562 C<br><br>Judge ______ |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ERINYS IRAQ LTD.

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff Erinys Iraq Ltd. states that Salina Group Services Ltd. and Erinys International Ltd. each own 10% or more of its stock.

Respectfully submitted,

Robert S. Nichols, Esq.
(Counsel of Record)
Angela B. Styles, Esq.
Elizabeth W. Newsom, Esq.
Charlotte E. Gillingham, Esq.
Dane Swanson, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2541
Fax: (202) 628-5116

Protected Fax: (202) 508-8989

Attorneys for Plaintiff
Erinys Iraq Ltd.

July 25, 2007

4173_1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2007, the foregoing Plaintiff's Corporate Disclosure Statement was served by electronic mail and U.S. mail at the following addresses:

Steven M. Mager
Trial Attorney
Commercial Litigation Branch, Civil Division
United States Department of Justice
1100 L Street, N.W.
Classification Unit – 8th Floor
Washington, D.C. 20530

John Pachter, Esq.
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive, Suite 900
Vienna, VA 22182

______________________________