ORIGINAL

FILED
JUL 25 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| ERINYS IRAQ LTD., Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | No. 07-562 C<br>Judge ________ |

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the United States Court of Federal Claims, Plaintiff Erinys Iraq Ltd. ("Erinys"), through undersigned counsel, respectfully files this Notice of a Directly Related Case. On April 3, 2007, Mr. Brian Scott filed a complaint in this Court (Case No. 1:07-cv-00216-CCM) challenging Solicitation No. W91GXZ-07-R-0004. Erinys's Complaint and Motion for Temporary Restraining Order and/or Preliminary Injunction are also related to Solicitation No. W91GXZ-07-R-0004.

Erinys has no opinion regarding the issue of whether the consolidation of Mr. Scott's Case No. 1:07-cv-00216-CCM with Erinys's Complaint related to the same solicitation will conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

Robert S. Nichols, Esq.
(Counsel of Record)
Elizabeth W. Newsom, Esq.
Angela B. Styles, Esq.
Charlotte Gillingham, Esq.
Dane Swanson, Esq.
(Of Counsel)

CROWELL & MORING LLP
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2541
Fax: (202) 628-5116
Protected Fax: (202) 508-8989

Attorneys for Plaintiff
Erinys Iraq Ltd.

July 25, 2007

4174_1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2007, the foregoing Plaintiff's Notice of Directly Related Case was served by electronic mail and U.S. mail at the following addresses:

Steven M. Mager
Trial Attorney
Commercial Litigation Branch, Civil Division
United States Department of Justice
1100 L Street, N.W.
Classification Unit – 8th Floor
Washington, D.C. 20530

John Pachter, Esq.
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive, Suite 900
Vienna, VA 22182

______________________________