ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| ERINYS IRAQ LTD.,<br>Baghdad Int'l Airport, Free Trade Zone<br>Baghdad, Iraq<br><br>Plaintiff, | No. 07-562 C |
| | Judge ______ |
| UNITED STATES,<br><br>Defendant. | |

## MOTION OF PLAINTIFF ERINYS IRAQ LTD. FOR STATUS CONFERENCE AND EXPEDITED CONSIDERATION

Plaintiff Erinys Iraq Ltd. ("Erinys") respectfully requests that the Court hold a status conference on Thursday, July 26, 2007, or as soon thereafter as the Court's schedule permits, to establish an expedited schedule for this case, so that this case may be resolved prior to the award of the Reconstruction Security Support Services Contract ("RSSS Contract") under Request for Proposals No. W91GXZ-07-R-0004 (the "RFP").

This is a bid protest in which Erinys challenges its exclusion from the competitive range of this procurement. Previously, on June 1, 2007, Erinys filed an action in this Court also challenging its exclusion from the competitive range. That case was captioned *Erinys Iraq Ltd. v. United States*, No. 07-340C ("*Erinys I*"), and was assigned to Judge Christine O.C. Miller. The Government promised the Court that it

would vacate the original competitive range determination and take corrective action to address the allegations in Erinys's Complaint. Accordingly, the case was dismissed without prejudice on June 11, 2007. By notice dated July 22, 2007, however, the Government informed Erinys that it was, again, excluded from the competitive range, (*see* Exh. 3 to Complaint) thus Erinys brings this action to challenge that second competitive range determination.

As the attached electronic mail exchange shows, the Government has informed Erinys that it is currently scheduled to award the contract on August 13, 2007, although it is not clear how firm that date is. Because of this representation, Erinys has not filed a motion for a temporary restraining order or preliminary injunction (although it may do so if it becomes necessary).

However, in light of the Government's stated intention to award the contract in the near future, and in light of the fact that a contract award would seriously and irreparably harm Erinys, Erinys respectfully requests that the Court promptly establish a schedule to expedite the resolution of this action. Erinys respectfully requests that the Court hold a status conference on Thursday, July 26, 2007, or as soon thereafter as the Court's schedule permits, to establish an accelerated schedule for the resolution of this case.

Such accelerated schedule should permit time for the Government to prepare and file an Administrative Record. Not much information has been supplied by the Government to explain the basis for Erinys's exclusion from the competitive range, so

the filing of a complete Administrative Record is an essential first step. Also, the schedule must permit a reasonable amount of time thereafter for Erinys to review the Administrative Record and file an appropriate dispositive motion.

For the foregoing reasons, Erinys respectfully requests a status conference on Thursday, July 26, 2007, or as soon thereafter as the Court's schedule permits, to establish an expedited schedule for resolution of this case.

Respectfully submitted,

Robert S. Nichols, Esq.
(Counsel of Record)
Angela B. Styles, Esq.
Elizabeth W. Newsom, Esq.
Charlotte Gillingham, Esq.
Dane Swanson, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2541
Fax: (202) 628-5116
Protected Fax: (202) 508-8989

Attorneys for Plaintiff Erinys Iraq Ltd.

July 25, 2007

- 4203

**Nichols, Robert**

**From:** Mager, Steven (CIV) [Steven.Mager@usdoj.gov]
**Sent:** Tuesday, July 24, 2007 11:28 AM
**To:** Nichols, Robert
**Subject:** RE: Erinys Protest

I agree.

---

**From:** Nichols, Robert [mailto:RNichols@crowell.com]
**Sent:** Tuesday, July 24, 2007 11:16 AM
**To:** Mager, Steven (CIV)
**Subject:** Erinys Protest

Steve,

Per our telephone conversation a few minutes ago, it is my understanding that the Agency is willing to commit to the Court not to award the contract until August 13, so that there is no need for a TRO motion. Will you please confirm this?

Robert

*Robert Nichols*
*Crowell & Moring LLP*
*1001 Pennsylvania Avenue NW*
*Washington, D.C. 20004*
*Phone (202) 624-2541*
*Regular Fax (202) 628-5116*
*Bid Protest Fax (202) 508-8989*
*Email RNichols@Crowell.com*

*Privileged and Confidential*
*Attorney-Client Communication*
*Attorney Work Product*

*This message contains privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.*

==========================================================

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2007, the foregoing Motion of Plaintiff Erinys Iraq Ltd for Status Conference and Expedited Consideration was served by electronic mail and U.S. mail at the following addresses:

Steven M. Mager
Trial Attorney
Commercial Litigation Branch, Civil Division
United States Department of Justice
1100 L Street, N.W.
Classification Unit – 8th Floor
Washington, D.C. 20530

John Pachter, Esq.
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive, Suite 900
Vienna, VA 22182

______________________________