IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ERINYS IRAQ LTD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07-562C |
| v. | ) (Judge Christine O.C. Miller) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of STEVEN M. MAGER, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-2377
Fax: (202) 305-7643

Attention: Classification Unit
8th Floor

s/Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: July 26, 2007

CERTIFICATE OF FILING

I hereby certify that on July 26, 2007 a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven M. Mager