**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Washington, D.C.**

**BID PROTEST**

| | |
|---|---|
| ERINYS IRAQ LTD.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant<br><br>and<br><br>AEGIS DEFENCE SERVICES LTD.<br><br>Intervenor-Applicant. | CFC No. 07-562C<br><br>Judge Christine O.C. Miller |

**MOTION OF AEGIS DEFENCE SERVICES**
**FOR LEAVE TO INTERVENE AS INTERVENOR**

Aegis Defence Services Ltd. ("Aegis"), by counsel, for reasons more fully stated in the accompanying memorandum, moves this Court for leave to intervene in the captioned proceeding pursuant to Rule 24 of the Rules of the Court of Federal Claims.

Counsel for plaintiff and defendant have authorized Aegis counsel to state that they do not oppose intervention by Aegis.

WHEREFORE, Aegis requests that the Court grant its Motion for Leave to Intervene.

Respectfully submitted,

Date: July 26, 2007

By: /s/ John S. Pachter

John S. Pachter, Counsel of Record
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312
*Counsel for Aegis Defence Services Ltd.*

*Of Counsel*:
Jonathan D. Shaffer
Mary Pat Gregory
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Vienna, Virginia 22182
Tel: (703) 847-6300
Fax: (703) 847-6312

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2007, "MOTION OF AEGIS DEFENCE SERVICES FOR LEAVE TO INTERVENE AS INTERVENOR" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jonathan D. Shaffer
Jonathan D. Shaffer