IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Washington, D.C.

| | |
|---|---|
| ERINYS IRAQ LTD.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant<br><br>and<br><br>AEGIS DEFENCE SERVICES, LTD.<br><br>Intervenor. | CFC No. 07-340-C<br><br>Judge Christine O. C. Miller |

**AMENDMENT TO PROTECTIVE ORDER**

The following is an amendment to the protective order to automatically admit attorneys and a consultant representing Aegis Defence Services, Ltd. ("Aegis") previously admitted to the protective order before the Government Accountability Office in Case Number B-299524. Paragraph 14 of the Protective Order is amended as follows:

14. Because the following individuals were admitted to the protective order before the Government Accountability Office in Case Number B-299524, these individuals are automatically admitted to this protective order (1) the attorneys with the law firm of Crowell & Moring LLP, who have been retained by Erinys Iraq Ltd. to represent it in this protest, namely, Robert S. Nichols, Esq., Angela B. Styles, Esq., Elizabeth W. Newson, Esq., Charlotte Gilingham, Esq., and Dane Swanson, Esq.; (2) Jimmy J. Jackson and Major General William R. Boice (Ret.), consultants retained by

Robert S. Nichols; (3) the attorneys with the law firm of Smith Pachter McWhorter PLC, who have been retained by Aegis Defence Services Ltd. to represent it in this protest, namely, John S. Pachter, Esq., Jonathan D. Shaffer, Esq., and Mary Pat Gregory, Esq.; and (4) Charles L. Bonuccelli, a consultant retained by John S. Pachter.

SO ORDERED:

Dated this __ day of June, 2007.

______________________________
Judge Christine O.C. Miller