# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ERINYS IRAQ LTD.**, | * | |
| Plaintiff, | * | |
| v. | * | No. 07-562C |
| **THE UNITED STATES,** | * | (Filed July 30, 2007) |
| Defendant. | * | |
| and | * | |
| **AEGIS DEFENCE SERVICES LTD.**, | * | |
| Intervenor-Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the status conference held this date,

**IT IS ORDERED**, as follows:

1. The Administrative Record is filed this date.

2. Aegis Defence Services Ltd.'s motion to intervene as a matter of right pursuant to RCFC 24(a) is granted, and the Amendment to Protective Order is filed this date.

3. The parties shall file their simultaneous cross-motions for summary judgment on August 10, 2007, with a hand-delivered courtesy copy to the parties and chambers.

4. The parties shall file their simultaneous oppositions and replies on August 17, 2007, with a hand-delivered courtesy copy to the parties and chambers.

5. Argument on summary judgment shall be held at 2:00 on Tuesday, August 21, 2007, in the Howard T. Markey National Courts Building. The court will give an oral ruling

or issue a written order by August 24, 2007, at 5:30 p.m. E.S.T., subject to the filing of a written opinion by August 29, 2007.

6. Defendant has agreed to withhold award of the subject contract until 5:30 p.m. E.S.T. on August 24, 2007.

7. All filings made in connection with this case shall be filed under seal, unless otherwise designated, pending further order of the court.

8. The Transcript of Proceeding this date is made subject to ¶4 of the Protective Order entered on July 26, 2007, as amended this date. A representative of the parties shall file with the court an agreed-upon redacted copy of each transcript within two business days of receipt of a proposed redacted copy.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge