**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Bid Protest)

| | | |
|---|---|---|
| ERINYS IRAQ LTD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-562C |
| v. | ) | (Judge Christine O.C. Miller) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| AEGIS DEFENCE SERVICES LTD., | ) | |
| Defendant Intervenor. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND TO FILE THE SEALED SUPPLEMENTAL ADMINISTRATIVE RECORD ON CD-ROM AND WAIVE PAPER COPY**

Defendant respectfully requests leave to supplement the administrative record, and to file the sealed supplemental administrative record on CD-Rom and waive paper copy. Counsel for the defendant has contacted counsel for the plaintiff, Erinys Iraq Ltd. ("Erinys"), who has declined to express an opinion regarding this motion at this time, but has provided that they will contact the Court if they have any concerns. Counsel for the defendant has contacted counsel defendant-intervenor, Aegis Defence Services Ltd.,who has indicated that they do not oppose this motion.

On July 30, 2007, the United States filed with the Court the administrative record in this bid-protest action. Upon further review of the record, it became clear that numerous pages from Erinys Iraq Ltd.'s ("Erinys") proposal relating to technical and past performance had been

inadvertently omitted. Accordingly, defendant respectfully requests leave to file Erinys' full proposal. This new entry will replace tab 14 of the current administrative record.

Further, as we noted to the Court at the July 30, 2007 scheduling conference, we were in the process of reviewing a large number of files sent by the Joint Contracting Command -Iraq/Afghanistan, to determine if any additional documents existed that relate to the procurement. Most of these documents were related to other procurements, or were duplicates of documents already in the record. Upon review, however, we have found a few relevant documents that should be part of the administrative record. Accordingly, defendant respectfully requests leave to file these additional documents.

Defendant further respectfully requests leave to file the sealed version of the supplemental administrative record utilizing a CD-Rom. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. Our supplemental administrative record in this case will exceed the 2MB size limitation of electronic files and the 50 page limitation of printed documents provided in RCFC General Order 42A I. ¶¶ 4, 5. Counsel for the United States has contacted counsel for the plaintiff and counsel for the intervenor, and they do not object to this motion.

The supplemental administrative record consists of one volume, with multiple tabs. This set of documents can most efficiently be delivered to the Court, the plaintiff, and the intervenor on a CD-Rom. This method will provide efficient and easy access to the record because we can submit the record in searchable format. More important, filing by another media provides the most efficient method for submission of the sealed version of the record. Pursuant to General Order 42A I. ¶ 7, the sealed administrative record may not be filed electronically unless

authorized by the Court. We will file an unsealed copy of the record pursuant to ECF procedures and this Court's May 10, 2006 protective order after conferring with the parties. However, the sealed copy of the record is best secured by submission on CD-Rom.

Based upon the portability and ease of manipulation of the documents on a CD-Rom, we also respectfully request that the requirement in paragraph 5 of General Order 42A that an additional paper copy be supplied to the Court be waived. We will, however, deliver two paper courtesy copies to chambers.

For these reasons, defendant respectfully requests that this unopposed motion for leave to file on CD-Rom and to waive the additional paper copy be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 3075-7643
Fax: (202) 616-2377
steven.mager@usdoj.gov
Attorneys for Defendant

Of Counsel:

MAJ. CHRISTOPHER L. KRAFCHEK
Trial Attorney
Department of the Army
Contract & Fiscal Law Division
901 N. Stuart Street, Suite 500
Arlington, VA 22203

August 3, 2007

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on August 6, 2007, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND TO FILE THE SEALED SUPPLEMENTAL ADMINISTRATIVE RECORD ON CD-ROM AND WAIVE PAPER COPY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on August 3, 2007, I caused to be served by hand delivery copies of a CD-Rom containing the Sealed Supplemental Administrative Record addressed as follows:

Robert Stephen Nichols
Crowell & Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Jonathan D. Shaffer
Smith, Pachter, et al.
8000 Towers Crescent Drive
Suite 900
Vienna, VA 22182-2700

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice