# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ERINYS IRAQ LTD.**, | * | |
| Plaintiff, | * | |
| v. | * | No. 07-562C |
| **THE UNITED STATES,** | * | (Filed Aug. 21, 2007) |
| Defendant. | * | |
| and | * | |
| **AEGIS DEFENCE SERVICES LTD.**, | * | |
| Intervenor-Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Further to the argument held this date,

**IT IS ORDERED**, as follows:

1. By 5:30 p.m. on August 22, 2007, plaintiff may perfect its claim for permanent injunctive relief with respect to the three remaining injunctive showings, and its complaint will be deemed amended accordingly.

2. Intervenor Aegis Defence Services Ltd. and defendant may respond by 5:30 p.m. on August 24, 2007. If no response is forthcoming, the court will adopt the parties' prior positions in Erinys Iraq Ltd. v. United States, No. 07-562C (Fed. Cl. filed Aug. 17, 2007).

3. The Transcript of Proceedings this date is made subject to ¶ 4 of the Protective Order entered on July 26, 2007, as amended this date. A representative of the parties shall

file with the court an agreed-upon redacted copy of the transcript within two business days of receipt of a proposed redacted copy.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge