# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ERINYS IRAQ LTD.**, | * | |
| Plaintiff, | * | |
| v. | * | No. 07-562C |
| **THE UNITED STATES,** | * | (Filed Sept. 4, 2007) |
| Defendant. | * | |
| and | * | |
| **AEGIS DEFENCE SERVICES LTD.**, | * | |
| Intervenor-Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Further to Erinys' Motion for an Injunction Pending Appeal filed on August 31, 2007,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 7.2(a), defendant and intervenor shall file their responses by 4:30 p.m. on Wednesday, September 5, 2007.

2. Plaintiff may file a reply by 4:30 p.m. on Thursday, September 6, 2007.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge