#067091

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FILED
SEP 11 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ERINYS IRAQ LTD., Plaintiff, v. UNITED STATES, Defendant, and AEGIS DEFENCE SERVICES LTD., Defendant-Intervenor. | No. 07-562C<br>Judge Christine O. C. Miller |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Erinys Iraq Limited appeals to the United States Court of Appeals for the Federal Circuit from the Memorandum Opinion and Order entered in this action on August 29, 2007.

Respectfully submitted,

Robert S. Nichols
(Counsel of Record)
Frederick W. Claybrook, Jr.
Angela B. Styles
Elizabeth W. Newsom
Charlotte E. Gillingham
Dane C. Swanson

Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2541
Fax: (202) 628-5116
Protected Fax: (202) 508-8989

Attorneys for Plaintiff
Erinys Iraq Ltd.

September 11, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September 2007 the foregoing Plaintiff Erinys Iraq Limited's Notice of Appeal was served via U.S. Mail to the following addresses:

Steven Mager, Esq.
Commercial Litigation Branch, Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

John Pachter, Esq.
Smith Pachter McWhorter PLC
8000 Towers Crescent Drive, Suite 900
Vienna, VA 22182

______________________