# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

**2007-5170 - ERINYS IRAQ LTD V US**

FILED
SEP 13 2007
U.S. COURT OF FEDERAL CLAIMS

**Date of docketing:** 09/13/2007

**Appeal from:** United States Court of Federal Claims case no. 07-CV-562

**Appellant(s):** Erinys iraq ltd.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
John S. Pachter
Robert Nichols
Steven M. Mager

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PRELIMINARY NOTICE OF DOCKETING

2007-5170, ERINYS IRAQ LTD V US

---

09/13/2007

---

(Date of Docketing)

Appeal from: U.S. Court of Federal Claims,, Case No. 07-CV-562

Name of appellant(s): Erinys iraq ltd.

A Rule 8 motion has been filed.

Docket No. 2007-5170 has been assigned.

The notice of docketing will be issued when copies of the notice of appeal and the docket entries are received from the clerk of the lower court and the appeal has been entered on the docket of this court.

Attachments (with recipients noted) to this notice include:

- Official caption (All parties)
- Entry of appearance form (All parties)

Jan Horbaly
Clerk

cc: Clerk's Office, U.S. Court of Federal Claims,
Robert S. Nichols
Steven M. Mager
John S. Pachter

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5170

ERINYS IRAQ LTD.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

AEGIS DEFENCE SERVICES LTD.,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 07-CV-542, Judge Christine O.C. Miller.

Authorized Abbreviated Caption[2]

ERINYS IRAQ LTD v US, 2007-5170

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.